Lawrence J. Dreyfuss, Bar No. 76277
THE DREYFUSS FIRM
A Professional Law Corporation
7700 Irvine Center Drive, Suite 710
Irvine, California  92618
(949) 727-0977; Facsimile (949) 450-0668

Attorneys for Defendant T.D. Service Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZABETH BRENA, | ) Case No.: CV09-843-ODW(CWx) |
| | ) |
| Plaintiff, | ) |
| vs. | ) JUDGMENT OF NON- MONETARY |
| | ) RESOLUTION AS BETWEEN PLAINTIFF |
| WELLS FARGO BANK, N.A.; | ) LIZABETH BRENA AND DEFENDANT |
| HOMEQ SERVICING; | ) T.D. SERVICE COMPANY |
| T.D. SERVICE COMPANY; | ) |
| WMC MORTGAGE CORP.; | ) |
| MORTGAGE ELECTRONIC | ) |
| REGISTRATION SYSTEMS, INC.; | ) |
| GOLDEN HORIZON MORTGAGE; | ) |
| UNITED TITLE COMPANY | ) |
| And Does 1 to 10, inclusive, | ) |
| | ) |
| Defendants | ) |

     Plaintiff Lizabeth Brena and Defendant T.D. Service Company having stipulated to this judgment as between them, and good cause appearing therefor:

     IT IS HEREBY ADJUDGED AND ORDERED that:

     1.    Judgment is entered in favor of Lizabeth Brena and against T.D. Service Company requiring T.D. Service Company to comply with any equitable orders or judgments that may be entered in favor of Lizabeth Brena concerning the subject property located at 2342 Pasadena Avenue, Long Beach, California, and specifically concerning the pending foreclosure of that property.  If, for example the court determines that the Deed of Trust should be rescinded or the

foreclosure cancelled, T.D. Service Company agrees to comply with that ruling. If, on the other hand, the court determines that judgment should be entered against plaintiff and in favor of the lender defendants such that the foreclosure may proceed, T.D. Service Company shall be entitled to comply with that court order or judgment in processing the sale pursuant to the requirements of California Civil Code Section 2924 et. seq. This judgment against T.D. Service Company pursuant to the Stipulation of these parties shall not include any award of damages against T.D. Service Company, and both plaintiff and defendant T.D. Service Company shall bear their own fees and costs as against each other.

2. Pursuant to this Judgment, defendant T.D. Service Company shall not be required to attend further hearings or otherwise take part in the pending lawsuit except as specifically ordered by the court to do so.

DATED: April 29, 2009   _____

JUDGE OF THE UNITED STATES DISTRICT COURT